IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:06CV0415 (JGP)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CORDELL U. THOMAS, | ) |
| Defendant | ) |

PRAECIPE DISMISSING CASE

In response to the Court's Order of August 2, 2007, the clerk of the Court will please dismiss the above case without prejudice because the defendant has not been located for service.

Respectfully submitted,

/S/
_____
Thomas A. Mauro
1020 19th Street, N.W.
Suite 400
Washington, DC 20036
August 8, 2007

Attorney for Plaintiff
Tel No. 202-452-9865
Fax No. 202-452-0092